# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | * | |
| | * | CV 118-100 |
| TIMOTHY JERMAINE PATE a/k/a | * | |
| AKENATEN ALI | * | |
| | * | |
| _____ | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
|     Plaintiff-Intervenor, | * | |
| | * | |
|     v. | * | |
| | * | |
| TIMOTHY JERMAINE PATE a/k/a | * | |
| AKENATEN ALI, | * | |
| | * | |
|     Defendant. | * | |

**O R D E R**

The above Parties appeared before the Court for a hearing on the Government's request for injunctive relief (Doc. 5). (Clerk's Minutes, Doc. 20.) In its Order dated April 2, 2019, declaring Defendant's liens asserted against government officials null, void, and of no legal effect, the Court reserved judgment on the Government's requested injunctive relief until it held the above-referenced hearing pursuant to 28 U.S.C. § 2202. (Order, Doc. 16, at 5-6.)

Based upon the Court's findings of fact and conclusions of law as stated in the hearing, **IT IS HEREBY ORDERED** that:

(1) The Government's motion for injunctive relief (Doc. 5) is **GRANTED**.

(2) Defendant provide written notice to the United States Attorney for the Southern District of Georgia of all liens, UCC-1 Financing Statements, and other debt instruments filed against government officials.

(3) All liens, UCC-1 Financing Statements, and other debt instruments filed by Defendant against any government official with any federal or state court or agency be expunged from public record or a copy of this Order and the Court's Order dated April 2, 2019, be filed with all liens, UCC-1 Financing Statements, and other debt instruments to provide notice of the instruments' nullification.

(4) Defendant, or anyone acting on his behalf or in concert with him, be permanently enjoined from filing in any state or federal court or agency any lien or instrument purporting to create a debt against or attach, encumber, or otherwise affect the assets of any government official without the Court's prior authorization in writing. Failure to obtain the Court's prior authorization renders the asserted lien or debt instrument null, void, and of no legal effect; is grounds for the lien or debt instrument to be rejected, disregarded, or expunged from public record; and will constitute contempt of court.

(5) Defendant be permanently enjoined from filing any pleading in the United States District Court for the Southern District of Georgia without the Court's prior authorization in writing. To file a pleading, Defendant shall initially file a

motion requesting the Court's approval. First, the motion shall explain the legal basis of the pleading. Second, the proposed pleading shall be clearly attached as an exhibit to the motion. Third, the motion shall comply with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Georgia. Any failure by Defendant to comply with the Court's directive for filing future pleadings may result in the denial of the motion, the dismissal or striking of the proposed pleading, and other sanctions.

(6) The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of the Government on Counts II, III, and IV of the Government's Complaint (Doc. 12); **TERMINATE** all other motions, if any; and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _15th_ day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3